

# THE THIRTEENTH COURT OF APPEALS

## 13-23-00050-CR

Francisco Taylor Jr. a/k/a Francisco Gomez Taylor Jr. a/k/a Francisco Gomez Taylor a/k/a Frank Taylor Gomez Jr.

v.

The State of Texas

On Appeal from the
404th District Court of Cameron County, Texas
Trial Court Cause No. 2021-DCR-02169-G

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion.

We further order this decision certified below for observance.

April 27, 2023